# Proceeding Minutes / Proceeding Memo

**Case #:** 18-04097    **Case Name:** Hugh Ronnie Wallace and Nancy Katherine Wallace

**Set:** 11/15/2018 09:30 am    **Chapter:** 7    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Motion for Relief from Stay as to Real Property cka 1969 Mill Creek Lane SW, Bogue Chitto, MS 39629. ., in addition to Motion to Compel Abandonment . Filed by Creditor MADISON REVOLVING TRUST 2017 (Attachments: # 1 Exhibit # 2 Proposed Order)  (Dkt. #12)

---

Minute Entry Re: (related document(s): [12] Motion for Relief From Stay filed by MADISON REVOLVING TRUST 2017) Jones to submit Agreed Order due by 11/29/2018; called in by Jones' office. (ccannette)